IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO.: 4:20-CV-00926 |
| DAVID HOPPENSTEIN FAMILY, LTD., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
## WITH PREJUDICE

Plaintiff, ANTHONY CAIRNS ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, DAVID HOPPENSTEIN FAMILY, LTD., and the entire action, with Prejudice.

Respectfully submitted this 20th day of January, 2021.

                                                Law Offices of
                                                THE SCHAPIRO LAW GROUP, P.L.

                                                /s/ _Douglas S. Schapiro_____
                                                Douglas S. Schapiro, Esq.
                                                State Bar No. 54538FL
                                                The Schapiro Law Group, P.L.
                                                7301-A W. Palmetto Park Rd., #100A
                                                Boca Raton, FL 33433
                                                Tel: (561) 807-7388
                                                Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system or email on January 20, 2021 upon all counsel or parties.

          /s/ Douglas S. Schapiro
          Douglas S. Schapiro, Esq.
          State Bar No. 54538FL